IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIHAAD AMORE HARRISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:23-cv-367 |
| v. | ) |
| | ) |
| PATRICIA THOMPSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Plaintiff Jihaad Amore Harrison commenced this *pro se* civil action on December 28, 2023 with the filing of a motion for temporary restraining order and preliminary injunction. ECF No. 1. Plaintiff is an inmate currently housed at the State Correctional Institution at Albion ("SCI-Albion"). To date, he has not filed a complaint, paid the filing fee, or sought leave to proceed *in forma pauperis*.

This case has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for pretrial proceedings, in accordance with 28 U.S.C. §636 and Local Civil Rule 72. On January 22, 2024, Judge Lanzillo submitted a Report and Recommendation that Plaintiff's motion for emergency relief be dismissed for lack of jurisdiction, inasmuch as no complaint has been filed in this case. Judge Lanzillo further recommends that the case be administratively closed pending the proper filing and service of a complaint.

Objections to the Report and Recommendation were due on or before February 8, 2024. As of this date, no objections have been received.

After *de novo* review of the documents in this case, including the Plaintiff's pending motion and the Chief Magistrate Judge's Report and Recommendation,

1

IT IS ORDERED, this 20th day of February, 2024, that the Plaintiff's motion for a temporary restraining order and preliminary injunction, ECF No. [1], shall be, and hereby is, DISMISSED for lack of jurisdiction.

IT IS FURTHER ORDERED that the within civil action shall be administratively "CLOSED" pending Plaintiff's filing of a civil complaint, along with (a) his payment of the requisite filing and administrative fees, or (b) his submission of a motion for leave to proceed *in forma pauperis*, as discussed in the Chief Magistrate Judge's Report and Recommendation.

IT IS FURTHER ORDERED that the Report and Recommendation issued by Chief United States Magistrate Judge Richard Lanzillo on January 22, 2024, ECF No. [3], is hereby adopted as the opinion of this Court.

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge